THIS IS A TEST DOCUMENT ONLY.