UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING HUA WU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC ARNOLD,<br><br>　　　　　Defendant. | Case No. 5:17-cv-02036-LHK<br><br>**NEQUE PORRO QUISQUAM EST QUI DOLOREM IPSUM QUIA DOLOR SIT AMET, CONSECTETUR, ADIPISCI VELIT**<br><br>Re: Dkt. No. 6 |

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Maecenas enim sem, aliquet euismod elit ac, varius luctus odio. Vivamus nulla purus, consectetur eget ornare a, molestie non eros. Donec tincidunt, ex a molestie aliquam, tortor ante lacinia justo, in bibendum eros erat ut metus. Donec varius tellus at odio eleifend faucibus ut id est. In interdum convallis nulla non imperdiet. Duis odio lectus, pretium sit amet lobortis sed, pretium id dolor. Aenean aliquam egestas velit, at ornare mauris.

Vivamus ultricies nisi ac sollicitudin hendrerit. Pellentesque mi eros, viverra sed blandit id, malesuada a ipsum. Suspendisse rutrum mauris id erat euismod, id ultrices velit condimentum. Morbi imperdiet congue nibh, vel fringilla tortor bibendum id. Integer viverra metus id accumsan convallis. In in pharetra justo, eu aliquam ligula. Aenean ultricies condimentum elit, et volutpat ligula consectetur at. Nullam feugiat arcu sit amet turpis finibus, tincidunt efficitur nibh venenatis.

Etiam sit amet metus mollis, volutpat dolor a, viverra enim. Integer sodales justo ac erat ullamcorper porta. Fusce orci neque, laoreet venenatis massa et, accumsan bibendum est. Duis dui justo, mollis sed efficitur et, venenatis placerat dui. Donec eu risus in tortor mattis semper sit amet accumsan purus. Quisque rutrum ex quis nisi sagittis hendrerit. Nam vel quam sit amet nunc scelerisque accumsan sit amet sed nisi. Maecenas et ex arcu. In nec odio egestas, gravida quam varius, sollicitudin lorem. Mauris elementum congue luctus. Morbi eu tempus leo. Quisque mattis

1 hendrerit pretium. Curabitur sed purus eget ex scelerisque commodo quis eget nulla. Maecenas

2 ipsum dui, vestibulum vel condimentum quis, volutpat at libero. Pellentesque eu dictum orci.

3 Nullam scelerisque blandit urna eu aliquet.

4     Aenean semper nisl id egestas suscipit. Duis dapibus aliquam ante, nec blandit lorem

5 viverra sed. Vivamus volutpat ullamcorper fringilla. Suspendisse aliquet vulputate tellus, nec

6 lobortis ex porta ac. Nulla eu leo eu lorem vestibulum molestie. Etiam consequat accumsan eros,

7 quis faucibus felis cursus quis. Integer et ultrices massa, eu vestibulum massa. Nam sed diam

8 ultrices, tincidunt est vel, iaculis erat. Vivamus eu odio dignissim, dapibus odio in, ultricies nulla.

9 Duis id felis sit amet dolor luctus faucibus et sit amet nunc.

10     Donec ante eros, sagittis lacinia scelerisque eget, dapibus ac quam. Mauris eleifend, enim

11 et consectetur mollis, odio odio dignissim felis, vel facilisis ipsum velit at odio. Cras sagittis, dolor

12 vitae dignissim pellentesque, massa orci maximus tellus, at molestie enim dolor eu tortor. Donec

13 volutpat, nulla eget aliquam pellentesque, lorem nibh rhoncus tortor, in commodo nibh purus

14 semper ligula. Praesent quis mi non justo ultricies ornare sit amet quis diam. Cras vitae auctor

15 metus. Nunc eleifend velit molestie eros mattis, in tempor tortor commodo. Nullam fermentum

16 nisl nec nunc convallis blandit. Cras lobortis, lorem suscipit gravida semper, velit magna mattis

17 urna, at varius nisl libero quis metus. Nam ac dolor vitae nibh aliquet lacinia. Nulla ac purus

18 quam.

19     Vivamus ultricies nisi ac sollicitudin hendrerit. Pellentesque mi eros, viverra sed blandit id,

20 malesuada a ipsum. Suspendisse rutrum mauris id erat euismod, id ultrices velit condimentum.

21 Morbi imperdiet congue nibh, vel fringilla tortor bibendum id. Integer viverra metus id accumsan

22 convallis. In in pharetra justo, eu aliquam ligula. Aenean ultricies condimentum elit, et volutpat

23 ligula consectetur at. Nullam feugiat arcu sit amet turpis finibus, tincidunt efficitur nibh venenatis.

24     Etiam sit amet metus mollis, volutpat dolor a, viverra enim. Integer sodales justo ac erat

25 ullamcorper porta. Fusce orci neque, laoreet venenatis massa et, accumsan bibendum est. Duis dui

26 justo, mollis sed efficitur et, venenatis placerat dui. Donec eu risus in tortor mattis semper sit amet

27 accumsan purus. Quisque rutrum ex quis nisi sagittis hendrerit. Nam vel quam sit amet nunc

28 scelerisque accumsan sit amet sed nisi. Maecenas et ex arcu. In nec odio egestas, gravida quam

varius, sollicitudin lorem. Mauris elementum congue luctus. Morbi eu tempus leo. Quisque mattis hendrerit pretium. Curabitur sed purus eget ex scelerisque commodo quis eget nulla. Maecenas ipsum dui, vestibulum vel condimentum quis, volutpat at libero. Pellentesque eu dictum orci. Nullam scelerisque blandit urna eu aliquet.

Aenean semper nisl id egestas suscipit. Duis dapibus aliquam ante, nec blandit lorem viverra sed. Vivamus volutpat ullamcorper fringilla. Suspendisse aliquet vulputate tellus, nec lobortis ex porta ac. Nulla eu leo eu lorem vestibulum molestie. Etiam consequat accumsan eros, quis faucibus felis cursus quis. Integer et ultrices massa, eu vestibulum massa. Nam sed diam ultrices, tincidunt est vel, iaculis erat. Vivamus eu odio dignissim, dapibus odio in, ultricies nulla. Duis id felis sit amet dolor luctus faucibus et sit amet nunc.

Donec ante eros, sagittis lacinia scelerisque eget, dapibus ac quam. Mauris eleifend, enim et consectetur mollis, odio odio dignissim felis, vel facilisis ipsum velit at odio. Cras sagittis, dolor vitae dignissim pellentesque, massa orci maximus tellus, at molestie enim dolor eu tortor. Donec volutpat, nulla eget aliquam pellentesque, lorem nibh rhoncus tortor, in commodo nibh purus semper ligula. Praesent quis mi non justo ultricies ornare sit amet quis diam. Cras vitae auctor metus. Nunc eleifend velit molestie eros mattis, in tempor tortor commodo. Nullam fermentum nisl nec nunc convallis blandit. Cras lobortis, lorem suscipit gravida semper, velit magna mattis urna, at varius nisl libero quis metus. Nam ac dolor vitae nibh aliquet lacinia. Nulla ac purus quam.

Lorem ipsum dolor sit amet, consectetur adipiscing elit. Maecenas enim sem, aliquet euismod elit ac, varius luctus odio. Vivamus nulla purus, consectetur eget ornare a, molestie non eros. Donec tincidunt, ex a molestie aliquam, tortor ante lacinia justo, in bibendum eros erat ut metus. Donec varius tellus at odio eleifend faucibus ut id est. In interdum convallis nulla non imperdiet. Duis odio lectus, pretium sit amet lobortis sed, pretium id dolor. Aenean aliquam egestas velit, at ornare mauris.

Etiam sit amet metus mollis, volutpat dolor a, viverra enim. Integer sodales justo ac erat ullamcorper porta. Fusce orci neque, laoreet venenatis massa et, accumsan bibendum est. Duis dui justo, mollis sed efficitur et, venenatis placerat dui. Donec eu risus in tortor mattis semper sit amet

accumsan purus. Quisque rutrum ex quis nisi sagittis hendrerit. Nam vel quam sit amet nunc scelerisque accumsan sit amet sed nisi. Maecenas et ex arcu. In nec odio egestas, gravida quam varius, sollicitudin lorem. Mauris elementum congue luctus. Morbi eu tempus leo. Quisque mattis hendrerit pretium. Curabitur sed purus eget ex scelerisque commodo quis eget nulla. Maecenas ipsum dui, vestibulum vel condimentum quis, volutpat at libero. Pellentesque eu dictum orci. Nullam scelerisque blandit urna eu aliquet.

Aenean semper nisl id egestas suscipit. Duis dapibus aliquam ante, nec blandit lorem viverra sed. Vivamus volutpat ullamcorper fringilla. Suspendisse aliquet vulputate tellus, nec lobortis ex porta ac. Nulla eu leo eu lorem vestibulum molestie. Etiam consequat accumsan eros, quis faucibus felis cursus quis. Integer et ultrices massa, eu vestibulum massa. Nam sed diam ultrices, tincidunt est vel, iaculis erat. Vivamus eu odio dignissim, dapibus odio in, ultricies nulla. Duis id felis sit amet dolor luctus faucibus et sit amet nunc.

Donec ante eros, sagittis lacinia scelerisque eget, dapibus ac quam. Mauris eleifend, enim et consectetur mollis, odio odio dignissim felis, vel facilisis ipsum velit at odio. Cras sagittis, dolor vitae dignissim pellentesque, massa orci maximus tellus, at molestie enim dolor eu tortor. Donec volutpat, nulla eget aliquam pellentesque, lorem nibh rhoncus tortor, in commodo nibh purus semper ligula. Praesent quis mi non justo ultricies ornare sit amet quis diam. Cras vitae auctor metus. Nunc eleifend velit molestie eros mattis, in tempor tortor commodo. Nullam fermentum nisl nec nunc convallis blandit. Cras lobortis, lorem suscipit gravida semper, velit magna mattis urna, at varius nisl libero quis metus. Nam ac dolor vitae nibh aliquet lacinia. Nulla ac purus quam.

Vivamus ultricies nisi ac sollicitudin hendrerit. Pellentesque mi eros, viverra sed blandit id, malesuada a ipsum. Suspendisse rutrum mauris id erat euismod, id ultrices velit condimentum. Morbi imperdiet congue nibh, vel fringilla tortor bibendum id. Integer viverra metus id accumsan convallis. In in pharetra justo, eu aliquam ligula. Aenean ultricies condimentum elit, et volutpat ligula consectetur at. Nullam feugiat arcu sit amet turpis finibus, tincidunt efficitur nibh venenatis.

Etiam sit amet metus mollis, volutpat dolor a, viverra enim. Integer sodales justo ac erat ullamcorper porta. Fusce orci neque, laoreet venenatis massa et, accumsan bibendum est. Duis dui

4

1  justo, mollis sed efficitur et, venenatis placerat dui. Donec eu risus in tortor mattis semper sit amet
2  accumsan purus. Quisque rutrum ex quis nisi sagittis hendrerit. Nam vel quam sit amet nunc
3  scelerisque accumsan sit amet sed nisi. Maecenas et ex arcu. In nec odio egestas, gravida quam
4  varius, sollicitudin lorem. Mauris elementum congue luctus. Morbi eu tempus leo. Quisque mattis
5  hendrerit pretium. Curabitur sed purus eget ex scelerisque commodo quis eget nulla. Maecenas
6  ipsum dui, vestibulum vel condimentum quis, volutpat at libero. Pellentesque eu dictum orci.
7  Nullam scelerisque blandit urna eu aliquet.

Aenean semper nisl id egestas suscipit. Duis dapibus aliquam ante, nec blandit lorem viverra sed. Vivamus volutpat ullamcorper fringilla. Suspendisse aliquet vulputate tellus, nec lobortis ex porta ac. Nulla eu leo eu lorem vestibulum molestie. Etiam consequat accumsan eros, quis faucibus felis cursus quis. Integer et ultrices massa, eu vestibulum massa. Nam sed diam ultrices, tincidunt est vel, iaculis erat. Vivamus eu odio dignissim, dapibus odio in, ultricies nulla. Duis id felis sit amet dolor luctus faucibus et sit amet nunc.

Donec ante eros, sagittis lacinia scelerisque eget, dapibus ac quam. Mauris eleifend, enim et consectetur mollis, odio odio dignissim felis, vel facilisis ipsum velit at odio. Cras sagittis, dolor vitae dignissim pellentesque, massa orci maximus tellus, at molestie enim dolor eu tortor. Donec volutpat, nulla eget aliquam pellentesque, lorem nibh rhoncus tortor, in commodo nibh purus semper ligula. Praesent quis mi non justo ultricies ornare sit amet quis diam. Cras vitae auctor metus. Nunc eleifend velit molestie eros mattis, in tempor tortor commodo. Nullam fermentum nisl nec nunc convallis blandit. Cras lobortis, lorem suscipit gravida semper, velit magna mattis urna, at varius nisl libero quis metus. Nam ac dolor vitae nibh aliquet lacinia. Nulla ac purus quam.

**IT IS SO ORDERED.**

Dated:

_____
<< My Judge Full Name >>
<< My Judge Title >>