IN THE UNITED STATES DISTRICT COURT
TRAINING DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| **Party Name**, | § |
| *Plaintiff*, | § |
| | § |
| v. | § |
| | § **Civil Action No. _____** |
| **Party Name**, | § |
| *Defendant* | § |
| | § |
| | § |
| | § |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE**:

**NOW COMES,** *Party Name*, hereinafter called Plaintiff, complaining of and about *Party Name*, hereinafter called Defendant, and for cause of action shows unto the Court the following:

**JURISDICTION**

1. This Court has jurisdiction of this civil action pursuant to the provision of XX U.S.C. §§.

**VENUE**

2. Venue of this civil action is proper in the San Antonio Division of the Training District of Texas, pursuant to XX U.S.C. §§.

**PARTIES**

3. Plaintiff, *Party Name*, resides in San Antonio, Bexar County, Texas, within the Training District of Texas, San Antonio Division.