TEST DOC