Exhibit